UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RODNEY HAMILTON (#87047)

VERSUS

BOBBY JINDAL, ET AL.

CIVIL ACTION

NO. 09-847-JJB-SCR

### RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Reports and Recommendations of United States Magistrate Judge Stephen C. Riedlinger, dated January 8, 2010 and February 10, 2010 (docs. no. 7 and 10). Plaintiff has filed objections to both reports, which the court has additionally reviewed.

The court hereby approves the reports and recommendations of the magistrate judge and adopts them as the court's opinion herein.

Accordingly, the plaintiff's complaint as supplemented and amended will be DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, this 22nd day of March, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA